UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
KUO R. CHIANG,

                Plaintiff,                  ECF CASE

   -against-                  NOTICE OF MOTION TO
                                                       WITHDRAW AS COUNSEL
JOHN E. POTTER, POSTMASTER GENERAL OF
THE UNITED STATES POSTAL SERVICE        Case No.: 09-CIV-3794 (JCF)

                Defendants.
-----------------------------------------------------------------X

**PLEASE TAKE NOTICE**, that pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and upon the annexed declaration, Jeffrey Fleischmann, one of Plaintiff's counsel in the above-captioned case, moves for leave to withdraw as counsel for Plaintiff KUO R. CHIANG because I am no longer employed for Wong, Wong and Associates. Plaintiff continues to be represented by Raymond H. Wong of Wong, Wong and Associates.

Dated: New York, New York
       October 6, 2009

                                                    Yours, etc.,

                                                    /s/ Jeffrey Fleischmann
                                                    Jeffrey Fleischmann, Esq.
                                                    150 Broadway, Suite 1588
                                                    New York, NY 10038
                                                    (212) 566-8080