PREET BHARARA
United States Attorney for the
Southern District of New York
By:     DAVID BOBER
        JEFFREY S. OESTERICHER
Assistant United States Attorneys
86 Chambers Street, 3d Floor
New York, NY  10007
Tel.: (212) 637-2718/2698
Fax: (212) 637-2786
david.bober@usdoj.gov
jeffrey.oestericher@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
KUO R. CHIANG,                                              :
                                                            :   **ECF CASE**
                    Plaintiff,                              :
                                                            :
        v.                                                  :   09 Civ. 3794 (JCF)
                                                            :
JOHN E. POTTER, Postmaster General of the                   :   **NOTICE OF MOTION**
United States Postal Service,                               :
                                                            :
                    Defendant.                              :
------------------------------------------------------------ x

      PLEASE TAKE NOTICE that upon the Memorandum of Law in Support of the Motion of Defendant John E. Potter, Postmaster General of the United States, and the Declaration of David Bober, and upon all the pleadings filed in this action, defendant, by his attorney, Preet Bharara, United States Attorney for the Southern District of New York, will move this Court for an order excluding certain evidence and for a judicial determination of lost wages with respect to plaintiff's Title VII claims.

Dated: New York, New York
July 6, 2010

                                      Respectfully submitted,

                                      PREET BHARARA
                                      United States Attorney for the
                                      Southern District of New York
                                      *Attorney for Defendant*

By:   /s/_____
                                      DAVID BOBER
                                      JEFFREY S. OESTERICHER
                                      Assistant United States Attorneys
                                      86 Chambers Street, 3d Floor
                                      New York, NY  10007
                                      Telephone:  (212) 637-2718/2698
                                      Facsimile:   (212) 637-2786

To:    Wong, Wong & Associates P.C.
        Attorneys for plaintiff
        150 Broadway, Suite 1588
        New York, NY 10038