

Southern District of New York

86 Chambers Street
New York, New York 10007

August 25, 2010

BY FACSIMILE
Hon. James C. Francis
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1960
New York, NY 10007

**MEMO ENDORSED**

                Re:    Chiang v. Potter,
                        09 Civ. 3794 (JCF)

Dear Judge Francis:

    I write respectfully to advise the Court that the Postal Service intends to file a motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50 or, in the alternative, a new trial or remittitur pursuant to Federal Rule of Civil Procedure 59. I have conferred with Mr. Trexler, and, with leave of Court, we propose the following dates for the briefing schedule: the Postal Service's moving papers due September 22; plaintiff's opposition papers due October 13; and the Postal Service's reply papers, if any, due October 22. We respectfully request that the Court approve the proposed schedule.

    I thank the Court for its consideration of this request.

8/26/10
Application granted.
SO ORDERED.
James C. Francis IV
USMJ

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
(212) 637-2718

cc:    Jonathan Trexler, Esq. (via .pdf email attachment)

TOTAL P.02